1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7          IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

8

9    DANNY A. WING, SR.,                    ) NO. 19-CV-5033
                                            )
         Plaintiff;                         ) COMPLAINT
10                                          )
11   v.                                     ) <u>JURY TRIAL DEMANDED</u>
                                            )
12   LEWIS COUNTY; JAMEY MCGINTY            )
     and JANE DOE MCGINTY and the marital   )
13   community thereof; PATRICIA FINCH and  )
     JOHN DOE FINCH and the marital         )
14   community thereof; ROSS KENEPAH and    )
     JANE DOE KENEPAH and the marital       )
15   community thereof; MATHEW              )
     SCHLECHT and JANE DOE SCHLECHT         )
16   and the marital community thereof;     )
     RAMONA ROMINE and JOHN DOE             )
17   ROMINE and the marital community       )
     thereof; and CARRIE BREEN and JOHN     )
18   DOE BREEN and the martial community    )
     thereof,                               )
19                                          )
                                            )
20       Defendants.                        )
     _____
21

22   DANNY A. WING, SR., the Plaintiff herein, by and through his attorney, CHRISTOPHER

23   TAYLOR of CR Taylor Law, P.S., complains against defendants LEWIS COUNTY; JAMEY

24   MCGINTY and JANE DOE MCGINTY and the marital community thereof; PATRICIA

25   FINCH and JOHN DOE FINCH and the marital community thereof; ROSS KENEPAH and

26

27   COMPLAINT – Page 1 of 8

28

CR Taylor Law, P.S.
203 4th Ave E Ste 407
Olympia, WA 98501
Voice: (360) 352-8004
Fax: (360) 570-1006

JANE DOE KENEPAH and the marital community thereof; MATHEW SCHLECHT and JANE DOE SCHLECHT and the marital community thereof; RAMONA ROMINE and JOHN DOE ROMINE and the marital community thereof; and CARRIE BREEN and JOHN DOE BREEN and the martial community thereof, and alleges as follows:

## I. JURISDICTION AND VENUE

1. This court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 1343 and 1367; and venue is properly set in the Western District of Washington State pursuant to 28 U.S.C. § 1391.

2. The claims upon which this action is based occurred in the Western District of Washington State.

3. Mr. Wing is informed and believes, and on this basis alleges, that each of the named Defendants reside in this judicial district.

4. Lewis County was served with a Claim for Damages pursuant to RCW 4.96. Lewis County has not responded to the Claim for Damages, and more than sixty days has elapsed since its service.

## II. PARTIES

5. Plaintiff Danny A. Wing, Sr. is a married individual residing primarily in Grays Harbor County, Washington State within the Western District of Washington State.

6. Defendant Lewis County is a unit of local government located in Lewis County, Washington, governed by and functioning under the laws of the State of Washington. Lewis County includes the Lewis County Sheriff's Office and Lewis County Prosecuting Attorney's Office.

CR Taylor Law, P.S.
203 4ᵗʰ Ave E Ste 407
Olympia, WA 98501
Voice: (360) 352-8004
Fax: (360) 570-1006

7. Defendants Jamey McGinty and Jane Doe McGinty constitute a marital community under the laws of the State of Washington, and upon belief reside in Lewis County within the Western District of Washington State. Jamey McGinty is and was at the time of the incidents that are the subject of this action an employee of the Lewis County Sheriff's Office.

8. Defendants Patricia Finch and John Doe Finch constitute a marital community under the laws of the State of Washington, and upon belief reside in Lewis County within the Western District of Washington State. Patricia Finch is and was at the time of the incidents that are the subject of this action a law enforcement officer with the Centralia Police Department.

9. Defendants Ross Kenepah and Jane Doe Kenepah constitute a marital community under the laws of the State of Washington, and upon belief reside in Lewis County within the Western District of Washington State. Ross Kenepah is and was at the time of the incidents that are the subject of this action an employee of the Lewis County Sheriff's Office.

10. Defendants Mathew Schlecht and Jane Doe Schlecht constitute a marital community under the laws of the State of Washington, and upon belief reside in Lewis County within the Western District of Washington State. Mathew Schlecht is and was at the time of the incidents that are the subject of this action an employee of the Lewis County Sheriff's Office.

11. Defendants Ramona Romine and John Doe Romine constitute a marital community under the laws of the State of Washington, and upon belief reside in Lewis County within the Western District of Washington State. Ramona Romine is and was at the

COMPLAINT – Page 3 of 8

CR Taylor Law, P.S.
203 4th Ave E Ste 407
Olympia, WA 98501
Voice: (360) 352-8004
Fax: (360) 570-1006

time of the incidents that are the subject of this action an employee of the Lewis County Sheriff's Office.

12. Defendants Carrie Breen and John Doe Breen constitute a marital community under the laws of the State of Washington, and upon belief reside in Lewis County within the Western District of Washington State. Ramona Romine is and was at the time of the incidents that are the subject of this action an employee of the Lewis County Sheriff's Office.

### III. FACTS

13. Lewis County owns and operates the Lewis County Jail, an adult correctional facility.

14. Units of local government that own or operate adult correctional facilities are required under Washington State law to "adopt standards for the operation of those facilities" and to "operate[]" those facilities "in accordance with those standards." RCW 70.48.071.

15. Lewis County adopted Custodial Care Standards for the Lewis County Jail by Lewis County Board of County Commissioners' Resolution No. 87-466 on December 28, 1987. Those Standards were in effect between January 1, 1988 through July 31, 2017, when the Standards were repealed by Resolution No. 17-221.

16. Between January 1, 1988 and July 31, 2017, Standard 8.01 prohibited the "monitor[ing], tape record[ing], [and] spot-check[ing]" of Lewis County Jail inmate "telephone conversations" "except by court order."

17. Notwithstanding the Custodial Care Standards, at all relevant times Lewis County had a custom of monitoring and recording nearly all inmate telephone conversations.

CR Taylor Law, P.S.
203 4th Ave E Ste 407
Olympia, WA 98501
Voice: (360) 352-8004
Fax: (360) 570-1006

18. Between November 7, 2014 and September 28, 2015; December 11, 2015 and December 18, 2015; and July 7, 2017 and July 21, 2017; inclusive, Mr. Wing was an inmate in the Lewis County Jail as a pretrial detainee.

19. At all relevant times, Mr. Wing had some degree of visual impairment. As such, Mr. Wing had a reduced ability to communicate in writing. Thus, when Mr. Wing was held in custody, he relied more than the average inmate on the inmate telephone system.

20. Between November 7, 2014 and July 21, 2017, Mr. Wing placed hundreds of telephone calls from the Lewis County Jail and participated in the resulting telephone conversations.

21. Some of those telephone calls were placed to Mr. Wing's criminal defense attorneys, and were the subject of a separate civil action under *Wing v. County of Lewis, et al.*, U.S. District Court for Western Washington Case No. 18-5011-RJB-DWC.

22. The balance of those telephone calls were placed to other individuals, including family members, friends, and civil attorneys. These telephone calls are the subject of this action.

23. Without a court order, Defendants Jamey McGinty, Patricia Finch, Ross Kenepah, Mathew Schlecht, Ramona Romine, and Carrie Breen each listened to telephone conversations in which Mr. Wing participated while he was an inmate in the Lewis County Jail.

24. Without a court order, Defendants Ramona Romine and Carrie Breen created copies of recordings of telephone conversations in which Mr. Wing participated while he was an inmate in the Lewis County Jail.

COMPLAINT – Page 5 of 8

CR Taylor Law, P.S.
203 4th Ave E Ste 407
Olympia, WA 98501
Voice: (360) 352-8004
Fax: (360) 570-1006

1

2

3

## IV. CAUSES OF ACTION

### A. COUNT ONE
Violation of Civil Rights
(As to Individual Defendants)

4

5

25. Mr. Wing realleges and incorporates herein by reference the allegations set forth in Paragraphs 1 through 24.

6

7

8

9

10

11

26. Defendants Jamey McGinty, Patricia Finch, Ross Kenepah, Mathew Schlecht, Ramona Romine, and Carrie Breen acted in their individual capacity and under color of law to deprive Mr. Wing of his procedural due process rights guaranteed under the 14th Amendment to the U.S. Constitution based upon a violation of a state-created liberty interest.

12

13

27. As a direct and proximate result of the individual Defendants' actions, Mr. Wing sustained damages.

14

15

### B. COUNT TWO
Violation of Civil Rights
(As to All Defendants)

16

17

28. Mr. Wing realleges and incorporates herein by reference the allegations set forth in Paragraphs 1 through 24.

18

19

20

21

22

29. Defendants acted pursuant to an unofficial custom or practice of Lewis County through the repeated acts of its final policymaker, and thereby deprived Mr. Wing of his procedural due process rights guaranteed under the 14th Amendment to the U.S. Constitution based upon a violation of a state-created liberty interest.

23

24

30. As a direct and proximate result of the Defendants' actions, Mr. Wing sustained damages.

25

*///*

26

27

28

COMPLAINT – Page 6 of 8

CR Taylor Law, P.S.
203 4th Ave E Ste 407
Olympia, WA 98501
Voice: (360) 352-8004
Fax: (360) 570-1006

### C. COUNT THREE
Violation of Privacy Act
(As to All Defendants)

31. Mr. Wing realleges and incorporates herein by reference the allegations set forth in

Paragraphs 1 through 24.

32. Defendants unlawfully intercepted, recorded, and/or divulged Mr. Wing's private

telephone conversations without obtaining the consent of each participant to the

telephone conversations, and thereby violated Mr. Wing's right to privacy under RCW

9.73.030(1)(b), and is liable for damages under RCW 9.73.060.

33. As a direct and proximate result of the Defendants' actions, Mr. Wing sustained

damages.

### V. JURY TRIAL DEMAND

34. Mr. Wing demands a jury trial in this matter.

### VI. RESERVATION OF RIGHTS

35. Mr. Wing reserves the right to amend this complaint as to the factual allegations

contained herein, and to add any and all other claims that have or may arise from the

facts underlying this lawsuit.

### VII. PRAYER FOR RELIEF

36. To award actual damages;

37. In the alternative, to award nominal damages as to Counts 1 and 2, and liquidated

damages as to Count 3 pursuant to RCW 9.73.060.

38. To award Mr. Wing his costs and attorneys fees pursuant to 42 U.S.C. § 1988 and/or

RCW 9.73.060.

///

CR Taylor Law, P.S.
203 4th Ave E Ste 407
Olympia, WA 98501
Voice: (360) 352-8004
Fax: (360) 570-1006

39. To grant such other relief as this Court may deem just, equitable, and proper under the circumstances.

DATED this 11th day of January, 2019.

CR Taylor Law, P.S.


/s/ Christopher Taylor _____
Christopher Taylor, WSBA # 38413
Attorney for Plaintiff
203 4th Ave E Ste 407
Olympia, WA 98501
Voice: (360) 352-8004
Fax: (360) 570-1006
email: taylor@crtaylorlaw.com

COMPLAINT – Page 8 of 8