UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY A WING SR,

      Plaintiff,

v.

LEWIS COUNTY, et al.,

      Defendants.

No. 3:19-CV-05033-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. 31), objections to the Report and Recommendation (Dkt. 32), the Response thereto (Dkt. 33), and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Defendants' Motion for Summary Judgment (Dkt. 12) is granted. Plaintiff's federal claims are dismissed with prejudice. Plaintiff's state law claim under the Washington Privacy Act is dismissed without prejudice. Plaintiff's Fed. R. Civ. P. 56(d) Motion is denied. This case is closed.

(3)  The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 5th day of August, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1